**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

     **v.**          **No. 06-50006-001**

**ANTONIO "OSCAR" SOTO**                                                  **DEFENDANT**

### O R D E R

NOW on this 31st day of January, 2006, comes on for consideration defendant's **Motion for Extension of Time** (document #6) filed on January 30, 2006, and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and the deadline for defendant's discovery motion is extended to February 6, 2006.

**IT IS SO ORDERED.**

                                          **/s/JIMM LARRY HENDREN**
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**